ILLINOIS CENTRAL RAILROAD CO. *v.* CITY OF
SHIVELY.

No. 654.   Decided March 5, 1962.

*James W. Stites, Joseph H. Wright* and *John W. Freels* for appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.